UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22837-CIV-ALTONAGA/O'Sullivan

**MAGDALIE PIERRE**,

    Plaintiff,

v.

**KABIRHU ASSOCIATES, LLC**,

    Defendant.

_____/

## ORDER APPROVING SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon the Renewed Joint Motion to Approve FLSA Settlement . . . ("Motion") **[ECF No. 32]**, filed November 2, 2015. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Upon review of the record and the parties' basis for a settlement of the FLSA case, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion **[ECF No. 32]** is **GRANTED**.

2.    The "Confidential"[1] Settlement Agreement ("Agreement") **[ECF No. 32-1]** between Plaintiff, Magdalie Pierre, and Defendant, Kabirhu Associates, LLC, which has

---

[1] The Court again reminds the parties whatever a settlement's title, and despite any confidentiality provision, where the Court must approve a settlement, the settlement becomes a part of the judicial record and therefore may not be deemed confidential even if the parties so consent. *See Jessup v. Luther*, 277 F.3d 926, 929–30 (7th Cir. 2002).

been duly filed as a record of the Court, is **APPROVED** as a fair and reasonable resolution of the parties' FLSA dispute.

3.  This case is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**.

4.  Beyond the terms of the Agreement, each party shall bear its own attorney's fees and costs.

5.  The Court retains jurisdiction to enforce the terms of the Agreement.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of November, 2015.

                                          **CECILIA M. ALTONAGA**
                                          **UNITED STATES DISTRICT JUDGE**

cc:  counsel of record